AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

UNITED STATES OF AMERICA,

Plaintiff,

V.

MIN JO,
DOB: 11/19/57,

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: **CR 08 - 00013-002**

FILED
Clerk
District Court

APR 1 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MIN JO, DOB: 11/19/57**
                                              Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

**Infringement of a Copyright
Criminal Infringement of a Copyright.**

in violation of Title **17**, United States Code, Section(s) **506**
in violation of Title **18**, United States Code, Section(s) **2319**
and in violation of Title ____, United States Code, Section(s) _____

Bail fixed at $ **100,000.00**           by _____
                                            Name of Judicial Officer

HONORABLE ALEX R. MUNSON            UNITED STATES DISTRICT JUDGE
Name of Issuing Officer              Title of Issuing Officer

[signature]                          SAIPAN, CNMI
Signature of Issuing officer         Date and Location

| RETURN ||
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _SAIPAN, MP_ HERIGUCHI BUILDING |||

| DATE RECEIVED 4-10-08 | NAME AND TITLE OF ARRESTING OFFICER SA JOSEPH C. AUTHER FBI, SAIPAN | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 4-14-08 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____