GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969
Tel. No. (670)234-5684
Fax No. (670)234-5683

*Attorneys for Defendant Min Jo*

FILED
Clerk
District Court

JUN - 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.: 08-00013 |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER |
| MIN JO, ) | Judge: Alex R. Munson |
| Defendant. ) | Date: |
| ) | Time: |

Parties came before this Court on May 30, 2008, Defendant was represented by his attorney George L. Hasselback and accompanied by translator Robert Yu. The Plaintiff was represented by Assistant United States Attorney Eric O'Malley.

FOR GOOD CAUSE SHOWN, the deadline for pretrial motion set for May 30, 2008 is hereby reset to June 27, 2008.

SO ORDERED this 3RD day of June, 2008.

/s/ Alex R. Munson
Judge Alex R. Munson