FILED
Clerk
District Court

AUG 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
   Horiguchi Building, Third Floor
4  P. O. Box 500377
   Saipan, MP 96950-0377
5  Telephone:  (670) 236-2980
   Fax:        (670) 236-2985
6
   Attorneys for United States of America
7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE NORTHERN MARIANA ISLANDS
9

10 UNITED STATES OF AMERICA,      )   CRIMINAL CASE NO. 08-00013
                                  )
11              Plaintiff,        )
                                  )   **MOTION AND ORDER TO DISMISS**
12       vs.                      )   **COMPLAINT**
                                  )
13 MIN JO,                        )
                                  )
14              Defendant.        )
   _____)
15
         The United States respectfully moves for an order dismissing the Complaint in this case as to this
16
   defendant. Defendant was subsequently charged by Indictment on April 24, 2008 under Criminal Case
17
   No. 08-00015.
18
                                          LEONARDO M. RAPADAS
                                          United States Attorney
19                                        District of the Northern Mariana Islands

20 DATED: August 27, 2008
                                  By:     _____
21                                        ERIC S. O'MALLEY
                                          Assistant U.S. Attorney
22
                   27TH
23 SO ORDERED, this ___ day of August, 2008.

24 **RECEIVED**
                                          _____
25   AUG 27 2008                          ALEX R. MUNSON, CHIEF JUDGE

   Clerk
   District Court
   The Northern Mariana Islands